■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC WHITE, Appellant. [657 NYS2d 911] —Appeal by the defendant from a judgment of the County Court, Nassau County (Palmieri, J.), rendered April 24, 1995, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's contentions with regard to a tape recording made of a phone call to the 911 police emergency phone number are for the most part unpreserved for appellate review. As to the preserved contentions, the recording was admissible as a present sense impression since it reflects "spontaneous descriptions of events made substantially contemporaneously with the observations" *(People v Brown,* 80 NY2d 729, 734).

The defendant's sentence was not excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Pizzuto, J. P., Santucci, Joy and Florio, JJ., concur.